IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03285-MJW

GARY G. WAGNER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael J. Watanabe on July 31, 2015, incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final order is AFFIRMED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Gary G. Wagner. It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

DATED at Denver, Colorado this  31st  day of July, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ S. Libid
S. Libid, Deputy Clerk